Neal Conroy
6538 N. Bosworth
Chicago, IL 60626
N-Conroy@NEIU.edu

Chambers
FILED
SEP 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KAW
CV21- 7463

Neal Conroy,

    Plaintiff,

vs.

Facebook,

    Defendant

Case number:

COMPLAINT

1. Jurisdiction. This court has jurisdiction over this complaint because it arises under the laws of the United States.

2. Venue. Venue is appropriate because the defendant lies in the jurisdiction of this district.

3. Intradistrict assignment. This lawsuit should be assigned to the San Francisco Division of this Court because it took place in Menlo Park, CA.

4. In May of 2021, Facebook deleted a post I made that started on March of 2019. When Facebook deletes a post you make that did not includes images, Facebook allows you to see the entirety of the post you made. But the post that got deleted, was the start of a thread (like parent post), which had a bunch of "reply-to" posts. So because the parent-post was deleted, then all the reply-to posts were also deleted, as well as the images attached to them. The parent-post had multiple images attached and most of the reply-to posts had an image attached. I was unable to view any of the reply-to posts, or any of the images attached to any of the posts. I would like to be sent a copy of them back. So to be clear, in this lawsuit I am not seeking any monetary compensation, nor am I disputing the posts being deleted (or requesting they be undeleted). I simply want to be sent a copy of all the posts and images that were deleted

COMPLAINT - 1

(because just the parent post was deleted, most likely due to a violation, then all the reply-to posts and their images were also deleted.). An attempt to contact Facebook about my posts in June of 2021, they have not responded. How Facebook can send me that I am negotiable, they can send me including a notification for all my posts and images, or to the e-mail registered with the account. I also want to say that Trump's lawsuit to Facebook delayed this lawsuit a little. I saw on July 7, 2021, that Trump was suing Facebook, albeit for different reasons, (and in Miami court), he seems to want to challenge the authority of Facebook that can ban whoever they want whenever they want, and maybe some smaller things. I was hoping that a pending outcome in that case may affect the outcome of this lawsuit, so I'm glad his lawsuit came 1st. But this of course, puts me to want to complain about similar things. A user on Facebook once called me a "libtard" and I responded back some posts later along the lines of "You may be a Republican, but your debating skills, are like a Democrat, and liberal-retard" and I got a Facebook ban a few days later. My appeals to that ban and to the Facebook Oversight Board have both proved unsuccessful. I also seem to lack the ability to edit my biography (quotes) in my profile, and it's been like that for over a year now. Userid 624063638. Regards.

Neal Conroy



COMPLAINT - 2