| Attorney or Party without Attorney:<br>NEAL CONROY<br>6538 N. BOSWORTH<br>CHICAGO, IL 60626 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: NEAL CONROY | | | | |
| Defendant: FACEBOOK | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL ACTI** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV21-7463 KAW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Notice Regarding Resources Available To Pro Se Litigants; Notice Of A Lawsuit And Request To Waive Service Of Summons; Blank Waiver Of The Service Of Summons; Ecf Registration Information Handout; Standing Order For Magistrate Judge Kandis A. Westmore; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent Or Declination To Magistrate Judge Jurisdiction; United States District Court Northern District Of California Oakland Division - Filing Information

3. a. Party served: FACEBOOK
   b. Person served: NADRA SON, SECURITY GUARD

4. Address where the party was served: 1 HACKER WAY
   MENLO PARK, CA 94025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 28, 2021 (2) at: 2:58PM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. Person Who Served Papers:
   a. BRET MAZZOCCO
   b. GOTCHA LEGAL SERVICES
      P.O. BOX 6695
      SAN MATEO, CA 94403
   c. 650 577-1860

   d. The Fee for Service was: $195.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 240
      (iii) County: San Mateo
      (iv) Expiration Date: Mon, Jan. 03, 2022

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Sep. 28, 2021

                                               (BRET MAZZOCCO)

Judicial Council Form          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL ACTIO