UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL CONROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK,<br><br>　　　　Defendant. | Case No. 4:21-cv-07463-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT STATEMENT |

Pro se Plaintiff Neal Conroy filed this action on September 24, 2021. (Dkt. No. 1.) The Case Management Conference ("CMC"), originally scheduled for January 11, 2022, was continued to April 19, 2022, because Plaintiff did not file a case management statement 7 days prior to the original CMC date. (Dkt. No. 9.) While Defendant has not appeared,[1] Plaintiff's deadline to file a case management statement or file a motion for administrative relief to continue the CMC was April 12, 2022. *See id.* Plaintiff, however, has not filed any documents in this case since he consented to the undersigned's jurisdiction on October 26, 2021. (Dkt. No. 8.)

Accordingly, by no later than **April 29, 2022**, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. The failure to timely file a response will result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice for failure to prosecute.

///

///

---

[1] The Court notes that it appears that Defendant has not been properly served with the summons and complaint, because serving a security guard is not proper service. (*See* Dkt. No. 7.) Facebook has a designated agent for service of process.

Additionally, the case management conference scheduled for April 19, 2022 is continued to July 26, 2022 at 1:30 PM.  The case management statements are due on or before July 19, 2022.

IT IS SO ORDERED.

Dated: April 14, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge