UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL CONROY,<br><br>           Plaintiff,<br><br>    v.<br><br>FACEBOOK,<br><br>           Defendant. | Case No. 21-cv-07463-RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Plaintiff Neal Conroy filed a Complaint against Facebook on September 24, 2021 and his case was assigned to a magistrate judge. Following his failure to file a case management statement in advance of a scheduled case management conference, the deadline to file the statement was continued, and Conroy again failed to file a statement. The magistrate judge issued an order to show cause why it should not be recommended that the case be dismissed for failure to prosecute, and Plaintiff failed to file a response to the order. The magistrate judge recommended that the matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not filed an objection to the Report and Recommendation. The recommendation to dismiss without prejudice is adopted. For the reasons set out in the report, Plaintiff has failed to prosecute this case. This action is hereby dismissed without prejudice.

**IT IS SO ORDERED**.

1  Dated: June 17, 2022

_____
RICHARD SEEBORG
Chief United States District Judge